**DISMISS and Opinion Filed October 31, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-01090-CV**

**GAG MEAT PROCESSORS, LLC, Appellant**

**V.**

**FOODLOGISTIK USA, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03256-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant no longer desires to continue with this appeal and has filed a motion

to dismiss. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

241090F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

GAG MEAT PROCESSORS, LLC,
Appellant

No. 05-24-01090-CV     V.

FOODLOGISTIK USA, LLC,
Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas Trial Court Cause No. CC-19-03256-B.
Opinion delivered by Chief Justice Burns, Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Foodlogistik USA, LLC recover its costs, if any, of this appeal from appellant GAG Meat Processors, LLC.

Judgment entered October 31, 2024.